UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER F. SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:10 CV 1913 RWS |
| v. | ) |
| | ) |
| CRICKET COMMUNICATIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff Scott's Motion for Pro Bono Neutral [#36]. Scott was granted leave to proceed in forma pauperis on January 3, 2011 [#5] and he has filed a financial affidavit in conjunction with the current Motion. On June 23, 2011 I appointed Stephen Ryals to serve as mediator in this case [#34].

> A party who demonstrates a financial inability to pay all or part of that party's pro rata share of the neutral's fee may file a motion asking the Court to appoint a neutral who shall serve pro bono. The Court may waive all or part of that party's share of the fee. A neutral appointed to serve pro bono may apply to the Court for payment of that share of the neutral's fee waived for an indigent party, consistent with the regulations approved by the Court.

E.D. Mo. L.R. 6.03 (C)(2).

Based on my review of Scott's financial affidavit, I find that he has demonstrated a financial inability to pay for his pro rata share of the neutral's fee and will grant his motion to waive his part of the neutral's fee. Stephen Ryals is appointed as a pro bono mediator in this

lawsuit. Ryals may apply to the Court for payment of Scott's share of the fee that has been waived, consistent with the regulations approved by the Court.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff Scott's Motion for Pro Bono Neutral [#36]is **GRANTED.**

Dated this 28th day of June, 2011.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE